[No. 7,857.—In Bank.]

## SOUTH FEATHER CO. *v.* KEYSER.

The Court:

Upon the authority of North Bloomfield Gravel Mining Company *v.* Keyser, 7,858, demurrer overruled with leave to respondent to answer within ten days.

[No. 7,856.—In Bank.]

## ALPHA MANUFACTURING CO. *v.* KEYSER.

The Court:

Upon the authority of North Bloomfield Gravel Mining Company *v.* Keyser, 7,858, demurrer overuled with leave to respondent to answer within ten days.

[No. 7,859.—In Bank.]

## BLUE TENT COMPANY *v.* KEYSER.

The Court:

Upon the authority of North Bloomfield Gravel Mining Company *v.* Keyser, 7,858, demurrer overruled with leave to respondent to answer within ten days.

[No. 7,855.—In Bank.]

## EXCELSIOR W. AND M. CO. *v.* KEYSER.

The Court:

Upon the authority of the North Bloomfield Gravel Mining Company *v.* Keyser, 7,858, demurrer overruled with leave to respondent to answer within ten days.